Lynch, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTES VACATION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS ANNUITY FUNDS, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS CHARITY FUND, and THE NEW YORK CITY AND VICINITY CARPENTERS LABOR MANAGEMENT COOPERATION FUND, by MICHAEL J. FORDE, and PAUL O'BRIEN, As TRUSTEES,<br><br>          Plaintiffs,<br><br>-vs-<br><br>TWINS INTERIORS, INC.,<br><br>          Defendant. | Civil Action No. 07 Civ. 7947 (GEL)<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND** |

IT IS HEREBY STIPULATED by and between the undersigned counsel for the Plaintiffs The New York City District Council Of Carpenters Pension Fund, New York City District Council Of Carpenters Welfare Fund, New York City District Council Of Carpenters Vacation Fund, New York City District Council Of Carpenters Annuity Funds, New York City District Council Of Carpenters Apprenticeship, Journeyman Retraining, Educational And Industry Fund, New York City District Council Of Carpenters Charity Fund, and The New York City And Vicinity Carpenters Labor Management Cooperation Fund, by Michael J. Forde, and

Paul O'Brien, As Trustees ("Plaintiffs") and counsel for Defendant Twins Interiors, Inc. ("Defendant"), that the time by which Defendant shall answer, move or otherwise respond to Plaintiff's Complaint shall be extended through and including November 9, 2007.

| | |
|---|---|
| O'DWYER & BERNSTEIN, LLP<br>52 Duane Street<br>New York, New York 10007<br>(212) 571-7100<br><br>By: _____<br>Andrew Grabois (AG3192) | JACKSON LEWIS LLP<br>59 Maiden Lane<br>New York, New York 10038-4503<br>(212) 545-4000<br><br>By: _____<br>Felice B. Ekelman (FE5692)<br>Mitchell Boyarsky (MB7995) |
| Dated: October 10, 2007 | Dated: October 10, 2007 |
| ATTORNEY FOR PLAINTIFF<br>THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS VACATION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS ANNUITY FUNDS, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS CHARITY FUND, AND THE NEW YORK CITY AND VICINITY CARPENTERS LABOR MANAGEMENT COOPERATION FUND, BY MICHAEL J. FORDE, AND PAUL O'BRIEN, AS TRUSTEES. | ATTORNEY FOR DEFENDANT<br>TWINS INTERIORS, INC. |

SO ORDERED:

_____
Hon. Gerard E. Lynch, U.S.D.J.

2