*Lynch, J*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTES
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUNDS, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
CHARITY FUND, and THE NEW YORK CITY
AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND, by
MICHAEL J. FORDE, and PAUL O'BRIEN,
As TRUSTEES,

                Plaintiffs,

     -vs-

TWIN INTERIORS, INC.,

                Defendant.

Civil Action No. 07 Civ. 7947
(GEL)

**STIPULATION EXTENDING
DEFENDANT'S TIME TO
ANSWER, MOVE OR
OTHERWISE RESPOND**

---

IT IS HEREBY STIPULATED by and between the undersigned counsel for the

Plaintiffs The New York City District Council Of Carpenters Pension Fund, New York City

District Council Of Carpenters Welfare Fund, New York City District Council Of Carpenters

Vacation Fund, New York City District Council Of Carpenters Annuity Funds, New York City

District Council Of Carpenters Apprenticeship, Journeyman Retraining, Educational And

Industry Fund, New York City District Council Of Carpenters Charity Fund, and The New York

City And Vicinity Carpenters Labor Management Cooperation Fund, by Michael J. Forde, and

Paul O'Brien, As Trustees ("Plaintiffs") and counsel for Defendant Twin Interiors, Inc. ("Defendant"), that the time by which Defendant shall answer, move or otherwise respond to Plaintiff's Complaint shall be extended through and including November 30, 2007. Defendant waives all jurisdictional defenses. The original deadline for Defendant's answer was September 30, 2007. On October 10, 2007 the parties submitted their first Stipulation Extending Defendant's Time to Answer, Move or Otherwise Respond until November 9, 2007 which was granted by the Court. This Stipulation is the second Stipulation Extending Defendant's Time to Answer, Move or Otherwise Respond.

2

O'DWYER & BERNSTEIN, LLP
52 Duane Street
New York, New York 10007
(212) 571-7100

By: _____
JASON FUIMAN (JF 6323)

Dated: November 9, 2007

ATTORNEY FOR PLAINTIFF
THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION
FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS VACATION
FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS ANNUITY
FUNDS, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
CHARITY FUND, AND THE NEW YORK
CITY AND VICINITY CARPENTERS
LABOR MANAGEMENT COOPERATION
FUND, BY MICHAEL J. FORDE, AND
PAUL O'BRIEN, AS TRUSTEES.

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038-4503
(212) 545-4000

By: _Mitchell Boyarsky (EE)_
Felice B. Ekelman (FE5692)
Mitchell Boyarsky (MB7995)

Dated: November 9, 2007

ATTORNEY FOR DEFENDANT
TWIN INTERIORS, INC.

SO ORDERED:

_____
Hon. Gerard G. Lynch, U.S.D.J.

4/14/07

3