UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANT*
59 Maiden Lane
New York, New York 10038
      Felice B. Ekelman (FE5692)
      Mitchell Boyarsky (MB7995)

| | |
|---|---|
| THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTES VACATION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS ANNUITY FUNDS, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS CHARITY FUND, and THE NEW YORK CITY AND VICINITY CARPENTERS LABOR MANAGEMENT COOPERATION FUND, by MICHAEL J. FORDE, and PAUL O'BRIEN, As TRUSTEES,<br><br>             Plaintiffs,<br><br>    -vs-<br><br>TWINS INTERIORS, INC.,<br><br>             Defendant. | Civil Action No. 07 Civ. 7947 (GEL)<br><br><br>**DEFENDANT'S RULE 7.1 STATEMENT** |

      Pursuant to Rule 7.1 of the Southern and Eastern Districts of New York and to enable Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Twins Interiors, Inc. certify that it is not publicly

held and it has no publicly held corporate parents which own 10% or more of its stock.

Respectfully submitted,

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038-4502
(212) 545-4000

By: _____
Felice B. Ekelman (FB 5692)
Mitchell Boyarsky (MB 7995)

ATTORNEYS FOR DEFENDANT

Dated:  December 5, 2007
New York, New York