# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
59 Maiden Lane
New York, New York 10038
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | |
|---|---|---|
| ATLANTA, GA | LONG ISLAND, NY | PORTLAND, OR |
| BIRMINGHAM, AL | LOS ANGELES, CA | PROVIDENCE, RI |
| BOSTON, MA | MIAMI, FL | RALEIGH-DURHAM, NC |
| CHICAGO, IL | MINNEAPOLIS, MN | RICHMOND, VA |
| CLEVELAND, OH | MORRISTOWN, NJ | SACRAMENTO, CA |
| DALLAS, TX | NEW YORK, NY | SAN FRANCISCO, CA |
| DENVER, CO | ORANGE COUNTY, CA | SEATTLE, WA |
| GREENVILLE, SC | ORLANDO, FL | STAMFORD, CT |
| HARTFORD, CT | PHILADELPHIA, PA | WASHINGTON, DC REGION |
| HOUSTON, TX | PITTSBURGH, PA | WHITE PLAINS, NY |

DIRECT DIAL: (212) 545-4064
EMAIL: BOYARSKM@JACKSONLEWIS.COM

**MEMO ENDORSED**

January 15, 2008


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

RECEIVED
JAN 16 2008
CHAMBERS OF
GERARD E. LYNCH
U.S.D.J.

**VIA HAND DELIVERY**

Gerald E. Lynch
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007

Re: The New York District Council of Carpenters
Pension Fund, et al. v. Twins Interiors, Inc.
Civil Action No. 07 Civ. 7947 (GEL)

Dear Judge Lynch:

We are attorneys for Defendant in the above reference matter. The parties hereby jointly request an adjournment of the conference scheduled to take place on January 18, 2008 at 11:45 am in this matter until February 1, 2008, at 10:00 a.m. based on an expectation that the matter will be resolved.

Respectfully yours,

JACKSON LEWIS LLP

/s/ Mitchell Boyarsky

Mitchell Boyarsky

cc: Felice B. Ekelman, Esq.
Andrew Grabois, Esq. (counsel for Plaintiffs; via e-mail)

SO ORDERED
/s/ Gerard E. Lynch
GERARD E. LYNCH, U.S.D.J.
1/17/08