*Lynch, J.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE, and
PAUL O'BRIEN, as TRUSTEES,

07 CV 7947 (GEL)

**STIPULATION
OF DISMISSAL**

Plaintiffs,

-against-

TWINS INTERIORS, INC.,

Defendant.
------------------------------------------------------------X

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED by and between the parties, through their undersigned counsel, that:

1. TWINS INTERIORS, INC. ("Defendant") has complied with the arbitrator's award, dated July 10, 2007 ("Award") and the collective bargaining agreement ("CBA") between Defendant and the District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America by providing sufficient books and records so as to allow Plaintiffs' (THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, et al.) auditors to conduct an audit.

2. Defendant will remit $3,500.00 to Plaintiffs within three weeks of the date of this Stipulation, representing all costs and fees arising out of this action. Defendant shall also execute an affidavit related to this matter and provide such affidavit to Plaintiffs within ten (10) business days.

3. Plaintiffs will not seek any further action to enforce the Award to obtain Defendant's books and records or to seek administrative and legal fees assessed by the Award.

4. Pursuant to the Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii) Plaintiffs hereby dismiss the above-captioned action against Defendant with prejudice and without any further costs and fees to any of the parties.

5.  Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(2) judgment, this stipulation is to be "So Ordered" by the Court.

6.  Nothing in this stipulation shall be construed as to limit the rights between the parties conferred under any relevant collective bargaining agreement.

7.  Facsimile or electronic signatures shall be deemed as originals for the purpose of effectuating this stipulation.

Dated: New York, New York
February 20, 2008

ANDREW GRABOIS (AG 3192)
O'DWYER & BERNSTIEN, LLP
Attorney for Plaintiffs
52 Duane Street
New York, New York 10007

MITCHELL BOYARSKY (MB 7995)
JACKSON LEWIS LLP
Attorneys for Defendant
59 Maiden Lane
New York, NY 10038

So Ordered:

Judge Gerard E. Lynch

2/22/08